# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIM. NO. 4:19-CR-40-CDL-MSH |
| : | |
| YOUNG LYLES, : | |
| : | |
| Defendant. : | |

## CONSENT ORDER

Defendant was indicted on October 8, 2019, ECF No. 1, and arraigned on November 14, 2019, ECF No. 14. A pretrial conference is currently scheduled for December 4, 2019. The parties have jointly asked for additional time to finalize a potential agreement. They seek to continue the pretrial conference and the trial of this case until the Court's March 2020 trial term.

IT IS HEREBY ORDERED that the above-referenced matter be continued to the March 2020 term, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B).

SO ORDERED, this **26th** day of **November, 2019**.

s/Clay D. Land
CLAY D. LAND
CHIEF UNITED STATES DISTRICT COURT JUDGE